```
JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
FELICIANO OCHOA REYES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-15-92--- GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE TO |
| v. ) | FRIDAY, OCTOBER 30, 2015 |
| ) | AND TO EXCLUDE TIME |
| JOSE ACOSTA, et al., ) | UNDER THE SPEEDY TRIAL |
| ) | ACT |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

Stipulation and Agreement to Continue the Status Conference to Friday, October 30, 2015, with Exclusion of Time1-Defendant Feliciano Ochoa Reyes - 1

**PARTIES TO THE LITIGATION AND STIPULATION**

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Mr. Christiaan Highsmith, and the defendants (hereinafter referred to as the defendants): 1) Mr. Jose Acosta represented by his attorney Mr. Gilbert A. Roque; 2) Mr. Jorge Rios represented by his attorney Mr. Olaf W. Hedberg; 3) Mr. Jose Luis Aguilar represented by his attorney Mr. Christopher R. Cosca; 4) Mr. Diego Velazquez represented by his attorney Mr. Clemente Jimenez; and 5) Mr. Feliciano Ochoa Reyes represented by his attorney Mr James R. Greiner; hereby agree and stipulate that the Court can **vacate** the presently set status conference currently scheduled for Friday, July 31, 2015 and re-set the status hearing date to Friday, October 30, 2015.

The reasons supporting the finding that the interests of justice outweigh both the public and all of the defendants' rights to a speedy trial even in the exercise of reasonable diligence by counsel and that

both cases are complex under the Speedy Trial Act and under local codes T-2 (complexity) and T-4 (adequate time for attorney preparation) are:

1- There are two related cases, 15-73 -- GEB and 15-92 –GEB, which have the same interlocking federal investigation[1];

2- The total number of defendants regarding both case 15-73—GEB and 15-92—GEB are seven (7) making the case complex due to the number of defendants[2];

3- Both cases involved, as far as the defense knows to date, have four (4) wire taps: TT1 regarding telephone number (347) 310-1104 (Order signed September 4, 2014); TT2 regarding telephone number (916) 826-2125 (Order signed October 22, 2014); TT3 regarding

---

[1] There is another case, 15-93—GEB, that is out of the same investigation, same wire taps, same investigation, and named in the same 45 page criminal complaint as these defendants, however, the government has indicted defendant Alex Velasquez Rangel in indictment 15-93-GEB. Defendant Rangel is represented by attorney Candice Fields.

[2] The actual total number of defendants in the entire investigation is eight (8), since defendant Rangel, 15-93-GEB, was out of the same investigation, same wire taps, same criminal complaint.

Stipulation and Agreement to Continue the Status Conference to Friday, October 30, 2015, with Exclusion of Time3-Defendant Feliciano Ochoa Reyes - 3

telephone number (209) 222-7662 (Order signed November 25, 2014); TT4 regarding telephone number (209) 262-9129 (Order signed March 18, 2015). This makes the case complex due to the intricacies of the wire taps.

4- The estimated number of calls associated with all four (4) wire taps, from the documentation produced by the government, are over 4,000[3]. This makes the case complex due to the voluminous number of calls.

5- It appears all of the over 4,000 wire tap calls are all in Spanish[4], which are in the process of being translated from Spanish to English. will require. This makes the case complex in the

---

[3] At the appearance in Magistrate Court, the government estimated there were hundreds of hours of audio recordings. To date, the defense has no information to dispute that estimate.

[4] The government does not dispute that the wire calls are all in Spanish.

Stipulation and Agreement to Continue the Status Conference to Friday, October 30, 2015, with Exclusion of Time4-Defendant Feliciano Ochoa Reyes - 4

translation of the voluminous number of calls.

6-To date, the government has produced the initial four (4) affidavits for each of the wire taps, which is approximately 316 pages.

## STIPULATION OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT BY ALL PARTIES

For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Friday, July 31, 2015 to Friday, October 30, 2015, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(ii) (complexity) and (iv)(reasonable time for attorney preparation) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the

Stipulation and Agreement to Continue the Status Conference to Friday, October 30, 2015, with Exclusion of Time5-Defendant Feliciano Ochoa Reyes - 5

defendants in a speedy trial. All parties agree and stipulate to this exclusion of time from the Speedy Trial Act.

Counsel for the defendants represent that the failure to grant the above requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence by counsel.

The government, based on all of the above, does not object to the continuance.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Finally, all attorneys have given authority for James R. Greiner to sign on their behalf this Stipulation and Proposed Order.

Respectfully submitted:

```
                        BENJAMIN B. WAGNER
                        UNITED STATES ATTORNEY


                        /s/Christiaan Highsmith
DATED: 7-27-15          _____
                        Christiaan Highsmith
                        Assistant United States Attorney
                        Attorney for the Plaintiff


DATED: 7-27-15          /s/Gilbert A. Roque


                        _____
                        Gilbert A. Roque
                        Attorney for Defendant
                        Jose Acosta
DATED: 7-27-15          /s/Olaf W. Hedberg

                        _____
                        Olaf W. Hedberg
                        Attorney for Defendant
                        Jorge Rios
DATED: 7-27-15          /s/Christopher R. Cosca

                        _____
                        Christopher R. Cosca
                        Attorney for Defendant
                        Jose Luis Aguilar

DATED: 7-27-15          /s/Clemente Jimenez

                        _____
                        Clemente Jimenez
                        Attorney for Defendant
                        Diego Velazquez

DATED: 7-27-15          /s/James R. Greiner


                        _____
                        James R. Greiner
                        Attorney for Defendant
                        FELICIANO OCHOA REYE
                          [Proposed]ORDER
```

Stipulation and Agreement to Continue the Status Conference to Friday, October 30, 2015, with Exclusion of Time7-Defendant Feliciano Ochoa Reyes - 7

The Court, having received, read, and considered the agreement and stipulation of the parties hereby adopts the parties' agreements and stipulations in their entirety as the Court's order, and orders that the **status conference set for Friday, July 31, 2015 is vacated,** and a further status conference is set for **Friday, October 30, 2015, at 9:00 a.m..**

This Court finds that the ends of justice served by granting such continuance outweigh the best interests of both the public and all of the defendants in a speedy trial.

**IT IS SO ORDERED.**

Dated:  July 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge