JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
FELICIANO OCHOA REYES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-15-92--- GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE TO |
| v. ) | FRIDAY, FEBRUARY 5, 2016 |
| ) | AND TO EXCLUDE TIME |
| JOSE ACOSTA, et al., ) | UNDER THE SPEEDY TRIAL |
| ) | ACT |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

Stipulation and Agreement to Continue the Status Conference to Friday, February 5, 2016, with Exclusion of Time1-Defendant Feliciano Ochoa Reyes - 1

**PARTIES TO THE LITIGATION AND STIPULATION**

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Mr. Christiaan Highsmith, and the defendants (hereinafter referred to as the defendants): 1) Mr. Jose Acosta represented by his attorney Mr. Gilbert A. Roque; 2) Mr. Jorge Rios represented by his attorney Mr. Olaf W. Hedberg; 3) Mr. Jose Luis Aguilar represented by his attorney Mr. Christopher R. Cosca; 4) Mr. Diego Velazquez represented by his attorney Mr. Clemente Jimenez; and 5) Mr. Feliciano Ochoa Reyes represented by his attorney Mr James R. Greiner; hereby agree and stipulate that the Court can **vacate** the presently set status conference currently scheduled for Friday, October 30, 2015 and re-set the status hearing date to Friday, February 5, 2016.

The reasons supporting the finding that the interests of justice outweigh both the public and all of the defendants' rights to a speedy trial even in the exercise of reasonable diligence by counsel and that

Stipulation and Agreement to Continue the Status Conference to Friday, February 5, 2016, with Exclusion of Time2-Defendant Feliciano Ochoa Reyes - 2

both cases require additional attorney preparation time and review of discovery under Local Code T-4 (adequate time for attorney preparation) are:

    1- There are two related cases, 15-73 -- GEB and 15-92 –GEB, which have the same interlocking federal investigation;

    2- The total number of defendants regarding both case 15-73—GEB and 15-92—GEB are seven (7);

    3- Both cases involved, as far as the defense knows to date, have four (4) wire taps: TT1 regarding telephone number (347) 310-1104 (Order signed September 4, 2014); TT2 regarding telephone number (916) 826-2125 (Order signed October 22, 2014); TT3 regarding telephone number (209) 222-7662 (Order signed November 25, 2014); TT4 regarding telephone number (209) 262-9129 (Order signed March 18, 2015).

Stipulation and Agreement to Continue the Status Conference to Friday, February 5, 2016, with Exclusion of Time3-Defendant Feliciano Ochoa Reyes - 3

4- The estimated number of calls associated with all four (4) wire taps, from the documentation produced by the government, are over 4,000[1].

5- It appears all of the over 4,000 wire tap calls are all in Spanish[2], which are in the process of being translated from Spanish to English. Once these are translated they will require review.

6- To date, the government has produced the initial four (4) affidavits for each of the wire taps, which is approximately 316 pages.

7- To date defense counsel has received from the Spanish translator both Affidavits translated into Spanish and TT1 of the wire tapes translated from Spanish to English.

---

[1] At the appearance in Magistrate Court, the government estimated there were hundreds of hours of audio recordings. To date, the defense has no information to dispute that estimate.

[2] The government does not dispute that the wire calls are all in Spanish.

Stipulation and Agreement to Continue the Status Conference to Friday, February 5, 2016, with Exclusion of Time4-Defendant Feliciano Ochoa Reyes - 4

8- The defense attorneys need time to review this discovery and to do reasonable investigation thus requiring additional time.

## STIPULATION OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT BY ALL PARTIES

For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Friday, October 30, 2015 to Friday, February 5, 2016, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv)(reasonable time for attorney preparation) corresponding to Local Code T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial. All parties agree and stipulate to this exclusion of time from the Speedy Trial Act.

Stipulation and Agreement to Continue the Status Conference to Friday, February 5, 2016, with Exclusion of Time5-Defendant Feliciano Ochoa Reyes - 5

Counsel for the defendants represent that the failure to grant the above requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence by counsel.

The government, based on all of the above, does not object to the continuance.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Finally, all attorneys have given authority for James R. Greiner to sign on their behalf this Stipulation and Proposed Order.

Respectfully submitted:

Stipulation and Agreement to Continue the Status Conference to Friday, February 5, 2016, with Exclusion of Time6-Defendant Feliciano Ochoa Reyes - 6

```
                        BENJAMIN B. WAGNER
                        UNITED STATES ATTORNEY

                        /s/Christiaan Highsmith
DATED: 10-23-15         _____
                        Christiaan Highsmith
                        Assistant United States Attorney
                        Attorney for the Plaintiff


DATED: 10-23-15         /s/Gilbert A. Roque

                        _____
                        Gilbert A. Roque
                        Attorney for Defendant
                        Jose Acosta


DATED: 10-23-15         /s/Olaf W. Hedberg

                        _____
                        Olaf W. Hedberg
                        Attorney for Defendant
                        Jorge Rios


DATED: 10-23-15         /s/Christopher R. Cosca

                        _____
                        Christopher R. Cosca
                        Attorney for Defendant
                        Jose Luis Aguilar




DATED: 10-23-15         /s/Clemente Jimenez

                        _____
                        Clemente Jimenez
```

Stipulation and Agreement to Continue the Status Conference to Friday, February 5, 2016, with Exclusion of Time7-Defendant Feliciano Ochoa Reyes - 7

```
                         Attorney for Defendant
                         Diego Velazquez



DATED: 10-23-15          /s/James R. Greiner

                         _____
                         James R. Greiner
                         Attorney for Defendant
                         FELICIANO OCHOA REYE
```

[Proposed]**ORDER**

Stipulation and Agreement to Continue the Status Conference to Friday, February 5, 2016, with Exclusion of Time8-Defendant Feliciano Ochoa Reyes - 8

The Court, having received, read, and considered the agreement and stipulation of the parties hereby adopts the parties' agreements and stipulations in their entirety as the Court's order, and orders that the **status conference set for Friday, October 30, 2015 is vacated,** and a further status conference is set for **Friday, February 5, 2016, at 9:00 a.m..**

This Court finds that the ends of justice served by granting such continuance outweigh the best interests of both the public and all of the defendants in a speedy trial.

**IT IS SO ORDERED.**

Dated:  October 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge