The Law Office of Olaf W. Hedberg

Olaf W. Hedberg, State Bar #151082

901 H St., Suite 673

Sacramento, California 95814

(916) 447-1192 office

1-412-774-3537 fax

ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-15-92--- GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE TO |
| v. ) | FRIDAY, MAY 20, 2016 |
| ) | AND TO EXCLUDE TIME |
| JOSE ACOSTA, et al., ) | UNDER THE SPEEDY TRIAL |
| ) | ACT |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

**PARTIES TO THE LITIGATION AND STIPULATION**

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Mr. Christiaan Highsmith, and the defendants (hereinafter referred to as the defendants): 1) Mr. Jose Acosta represented by his attorney Mr. Gilbert A. Roque; 2) Mr. Jorge Rios represented by his attorney Mr. Olaf W. Hedberg; 3) Mr. Jose Luis Aguilar represented by his attorney Mr. Christopher R. Cosca; 4) Mr. Diego Velazquez represented by his attorney Mr. Clemente Jimenez; and 5) Mr. Feliciano Ochoa Reyes represented by his attorney Mr James R. Greiner; hereby agree and stipulate that the Court can **vacate** the presently set status conference currently scheduled for Friday, April 22, 2016 and re-set the status hearing date to Friday, May 20, 2016.

The reasons supporting the finding for excluding time under the Speedy Trial Act are that the interests of justice outweigh both the public and all of the defendants' rights to a speedy trial even in the

exercise of reasonable diligence by counsel and that additional attorney preparation time and review of discovery under Local Code T-4 (adequate time for attorney preparation) are:

1- There are two related cases, 15-73 -- GEB and 15-92 –GEB, which have the same interlocking federal investigation;

2- The total number of defendants regarding both case 15-73—GEB and 15-92—GEB are seven (7);

3- Both cases involved, as far as the defense knows to date, have four (4) wire taps: TT1 regarding telephone number (347) 310-1104 (Order signed September 4, 2014); TT2 regarding telephone number (916) 826-2125 (Order signed October 22, 2014); TT3 regarding telephone number (209) 222-7662 (Order signed November 25, 2014); TT4 regarding

telephone number (209) 262-9129 (Order signed March 18, 2015).

4- The estimated number of calls associated with all four (4) wire taps, from the documentation produced by the government, are over 4,000[1].

5- It appears all of the over 4,000 wire tap calls are all in Spanish[2], which are in the process of being translated from Spanish to English. Once these are translated they will require review.

6- To date, the government has produced the initial four (4) affidavits for each of the wire taps, which is approximately 316 pages.

7- To date defense counsel has received from the Spanish translator both Affidavits translated into Spanish and

---

[1] At the appearance in Magistrate Court, the government estimated there were hundreds of hours of audio recordings. To date, the defense has no information to dispute that estimate.

[2] The government does not dispute that the wire calls are all in Spanish.

        TT1 and TT3 of the wire tapes translated from Spanish to English.

8- The interpreter has recently finished and forwarded the transcriptions for TT2 (March 15) and TT4 (April 13).

9- The defense attorneys need time to review this discovery and to do reasonable investigation thus requiring additional time.

## STIPULATION OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT BY ALL PARTIES

For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Friday, April 22, 2016 to Friday, May 20, 2016, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv)(reasonable time for attorney preparation) corresponding to Local Code T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial. All parties agree and stipulate to this exclusion of time from the Speedy Trial Act.

Counsel for the defendants represent that the failure to grant the above requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence by counsel.

The government, based on all of the above, does not object to the continuance.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Finally, all attorneys have given authority for Olaf W. Hedberg to sign on their behalf this Stipulation and Proposed Order.

Respectfully submitted:

                BENJAMIN B. WAGNER
                UNITED STATES ATTORNEY

                /s/Christiaan Highsmith
DATED: 4-19-16        _____
                Christiaan Highsmith
                Assistant United States Attorney
                Attorney for the Plaintiff

DATED: 4-19-16        /s/Gilbert A. Roque

                _____
                Gilbert A. Roque
                Attorney for Defendant
                Jose Acosta

DATED: 4-19-16        /s/Olaf W. Hedberg

                _____
                Olaf W. Hedberg
                Attorney for Defendant
                Jorge Rios

DATED: 4-19-16        /s/Christopher R. Cosca

                _____
                Christopher R. Cosca
                Attorney for Defendant
                Jose Luis Aguilar

DATED: 4-19-16        /s/Clemente Jimenez

                _____
                Clemente Jimenez
                Attorney for Defendant
                Diego Velazquez

DATED: 4-19-16          /s/James R. Greiner

                        _____
                        James R. Greiner
                        Attorney for Defendant
                        FELICIANO OCHOA REYE

**ORDER**

The Court, having received, read, and considered the agreement and stipulation of the parties hereby adopts the parties' agreements and stipulations in their entirety as the Court's order, and orders that the **status conference set for Friday, April 22, 2016 is vacated,** and a further status conference is set for **Friday, May 20, 2016, at 9:00 a.m.**.

This Court finds that the ends of justice served by granting such continuance outweigh the best interests of both the public and all of the defendants in a speedy trial.

**IT IS SO ORDERED.**

Dated:  April 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge